IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 12-cr-00142-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SHANITO BLACKHORSE,

    Defendant.

## MINUTE ORDER[1]

On August 28, 2012, the court conducted a telephonic setting conference to set a status conference in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

    1. That on **September 20, 2012**, commencing at 10:00 a.m., the court shall conduct a status conference in this matter; and

    2. That at which time counsel and the defendant shall be present without further notice or order from the court.

    Dated: August 28, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.