IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 12-cr-00142-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  SHANITO BLACKHORSE,

    Defendant.

## MINUTE ORDER[1]

The matter is before the court on defendant's **Notice of Disposition, Motion For All Parties To Appear By Video For Disposition and Motion For Immediate Sentencing** [#31][2]. After reviewing the document and the record, the court has concluded that the motion for all parties to appear by video for the disposition should be granted but that the motion for immediate sentencing should be deferred until the conclusion of the change of plea hearing.

**THEREFORE, IT IS ORDERED** as follows:

1. That the motion for all parties to appear at the change of plea hearing by video-teleconferencing is **GRANTED**;

2. That on **September 18, 2012**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set the change of plea hearing in this matter, which will be conducted by video-teleconference;

3. That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference; provided that Ms. Shirley Dill, Judicial Assistant to United States Magistrate Judge, David L. West, shall be included in the conference call and concomitant setting; and

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#31]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4. That the motion for immediate sentencing is **DEFERRED** until the conclusion of the change of plea hearing.

Dated: September 11, 2012