**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00142-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SHANITO BLACKHORSE,

    Defendant.

**AMENDED
MINUTE ORDER**[1]

    On September 19, 2012, the court entered a **Minute Order** [#34] indicating that the court would conduct a change of plea hearing on October 24, 2012, at 10:00 a.m. The time of the change of plea hearing is incorrect in the minute order**.** Therefore, the court's **Minute Order** [#34] entered on September 19, 2012, should be amended to reflect the correct time of 9:00 a.m.

    **IT IS ORDERED** as follows:

    1. That the court's **Minute Order** [#34] entered on September 19, 2012, on **October 24, 2012**, is **AMENDED** to reflect the correct time of the hearing to **9:00 a.m.**; and

    2. The court's **Minute Order** [#34] entered September 19, 2012, is amended accordingly to the limited extent necessary to facilitate and implement this order.

    Dated: September 19, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.