IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 12-cr-00142-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SHANITO BLACKHORSE,

    Defendant.

## ORDER

**Blackburn, J.**

    The matter before me is defendant's **Unopposed Motion Regarding Reconsideration of Conditions of Unsupervised Probation** [#37][1] filed October 26, 2012. The motion is well taken and unopposed. I grant the motion.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That defendant's **Unopposed Motion Regarding Reconsideration of Conditions of Unsupervised Probation** [#37] filed October 26, 2012, is **GRANTED**;

    2. That the standard condition of probation prohibiting travel outside the state of Colorado is **REMOVED**; and

    3. That except as modified by this order, all other conditions of probation **REMAIN** in full force and effect.

    Dated October 29, 2012, at Denver, Colorado.

                                          **BY THE COURT:**

                                          */s/ Bob Blackburn*
                                          Robert E. Blackburn
                                          United States District Judge

---

[1] "[#37]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.